IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    4:13CR00216-01 JM

DARIUS ANTONIO MALVIN

## ORDER

Pending is the Government's Motion to Dismiss Indictment against Defendant Darius Antonio Malvin. For good cause shown the Motion to Dismiss Indictment (ECF No. 63) is GRANTED. The indictment is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2014.

_____
James M. Moody Jr.
United States District Judge